# United States Court of Appeals
## For the First Circuit

---

No. 26-1610

LUANITA LANE,

Plaintiff - Appellant,

v.

MARTHA ELIOT HEALTH CENTER CLINIC; PEDIATRICS CLINIC, Doctors/Nurses;
OB/GYN CLINIC, Doctor/Nurses; EYE CLINIC, Eye Doctors/Nurses; ADOLESCENT
CLINIC, Doctors/Nurses,

Defendants - Appellees.

---

**JUDGMENT**

Entered: July 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant Luanita Lane is presently in default for failure to pay the filing fee. The court previously issued an order to show cause to appellant on May 28, 2026, which warned appellant that this appeal is not taken in good faith and if appellant sought to challenge the district court's certification, appellant needed file a motion pursuant to Fed. R. App. P. 24(a)(5) in this court  or pay the $605.00 filing fee. Failure of either action would result in this appeal's dismissal for lack of diligent prosecution.

A review of the district court docket does not reflect payment of the filing fee. Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Luanita Lane